UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------X
M/A-COM, INC.

        Petitioner,

-against-

ERIC RAINER BASHFORD

        Respondent.

----------------------------------X

Docket No.:07 CV 8343 (UA)

**NOTICE OF APPEARANCE**

**PLEASE TAKE NOTICE** that the law firm of Hardin, Kundla, McKeon & Poletto, P.A., appears herein on behalf of Petitioner M/A-Com, Inc.

Dated: New York, New York
       October 9, 2007

                      HARDIN, KUNDLA, MCKEON & POLETTO, P.A.
                      Attorneys for Petitioner, M/A-Com, Inc.
                      110 William Street - 25th Floor
                      New York, New York 10038
                      (212) 571-0111

        By: _____
                 Stephen J. Donahue (SD5138)